W. H. KENDRICK AND G. N. BENJAMIN, *Plaintiffs in Error*, v. JOHN A. HENDERSON, *Defendant in Error*.

Decision Filed May 14, 1924.

A Writ of Error to the Circuit Court for Hillsborough County; F. M. Robles, Judge.

*Mabry, Reaves & Carlton and Lunsford & Blake,* for Plaintiffs in Error.

*Shackleford & Shackleford* and *Shackleford & Parks,* for Defendant in Error.

PER CURIAM.—The judgment herein is affirmed subject to the decree this day rendered in the case of Henderson v. Henderson *et al.*

It is so ordered.

TAYLOR, C. J., AND WHITFIELD, ELLIS, BROWNE, WEST AND TERRELL, J. J., concur.